No. 1441, Misc. IN RE RUDISILL. Sup. Ct. Colo. Certiorari denied. *Duke W. Dunbar,* Attorney General of Colorado, *John P. Moore,* Deputy Attorney General, and *Michael T. Haley,* Assistant Attorney General, in opposition.

No. 1630, Misc. GARDNER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1691, Misc. SMITH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *C. Frank Reifsnyder* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1716, Misc. OLIVA *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 1731, Misc. YATES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Jesse R. Fillman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1733, Misc. DONOHUE *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1735, Misc. SCOTT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, and *W. V. Geppert* for respondent.